# United States Court of Appeals

**For the Seventh Circuit**
**Chicago, Illinois 60604**

December 5, 2019

**Before**

WILLIAM J. BAUER, *Circuit Judge*

DANIEL A. MANION, *Circuit Judge*

AMY J. ST. EVE, *Circuit Judge*

No. 18-2345

| | |
|---|---|
| RISA STEGALL, | Appeal from the United States District Court for the Northern District of Illinois, Eastern Division. |
| *Plaintiff-Appellant,* | |
| v. | No. 14 C 00178 |
| ANDREW M. SAUL, Commissioner of Social Security, | Robert M. Dow, Jr., *Judge.* |
| *Defendant-Appellee.* | |

**O R D E R**

The opinion of this court issued on December 4, 2019, is amended as follows:

Page 3, "Fed. R. Evid. 59" should be "Fed. R. Civ. P. 59."